NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**COVIDIEN SALES LLC** AND **COVIDIEN LP, FKA
TYCO HEALTHCARE GROUP LP** AND **FKA UNITED
STATES SURGICAL CORPORATION,**
*Plaintiffs-Appellees,*

**v.**

**ETHICON ENDO-SURGERY, INC.,**
*Defendant-Appellant.*

---

2015-1074, -1076

---

Appeals from the United States District Court for the District of Connecticut in No. 3:14-cv-00917-JCH, Judge Janet C. Hall.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Ethicon Endo-Surgery, Inc. moves for a stay pending this appeal of the preliminary injunction issued by the United States District Court for the District of Connecticut.  Ethicon also moves for an interim stay pending this

court's ruling on the motion for stay and for an expedited briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Covidien Sales LLC and Covidien LP's response to the motion for stay pending appeal is due no later than seven days after the date of filing of this order. Ethicon's reply is due within three days of the date of filing of the response.

(2) The motion for an interim stay is granted. The preliminary injunction is stayed pending this court's ruling on the motion for a stay pending appeal.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30