FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Covidien Sales LP, Covidien LP v. Ethicon Endo-Surgery, Inc.

No. 15-1074, -1076

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se [✓] As counsel for: Ethicon Endo-Surgery, Inc.
Name of party

I am, or the party I represent is (select one):

[ ] Petitioner [ ] Respondent [ ] Amicus curiae [ ] Cross Appellant

[✓] Appellant [ ] Appellee [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant [ ] Respondent or appellee

My address and telephone are:

Name: Barbara L. Mullin
Law firm: Akin Gump Strauss Hauer & Feld LLP
Address: 2001 Market Street, Suite 4100
City, State and ZIP: Philadelphia, PA 19103
Telephone: (215) 965-1200
Fax #: (215) 965-1210
E-mail address: bmullin@akingump.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing ______________ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): April 28, 1992

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

November 3, 2014
Date

Signature of pro se or counsel

cc: ______________________________

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 3, 2014, the Entry of Appearance of Barbara L. Mullin was filed electronically with the Clerk of the Court by using CM/ECF. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                                                       */s/ Barbara L. Mullin*